DAVID A. HUBBERT
Deputy Assistant Attorney General

AMY MATCHISON (CA Bar No. 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:      (202) 307-6422
Fax:                  (202) 307-0054
E-mail: Amy.T.Matchison@usdoj.gov
            Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Number: 3:23-mc-80029-LB |
| Petitioner, | |
| v. | **UNITED STATES' NOTICE OF FILING ADMINISTRATIVE MOTION** |
| PAYWARD VENTURES INC., d/b/a KRAKEN OR KRAKEN.COM, OR ITS PREDECESSORS, SUBSIDIARIES, DIVISIONS, OR AFFILIATES, | |
| Respondent. | |

PLEASE TAKE NOTICE that on February 13, 2023, the United States filed an Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil. L.R. 3-12 to consider whether this subsequently filed case should be related to *In the Matter of the Tax Liabilities of John Does*, Case No. 3:21-cv-02201-JCS (N.D. Ca.). The motion was filed in the low-numbered case at Docket No. 14.

Dated this 13th day of February, 2023.

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice

United States' Notice of Filing
Administrative Motion                    1