DAVID A. HUBBERT
Deputy Assistant Attorney General

AMY MATCHISON (CA Bar No. 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:      (202) 307-6422
Fax:                 (202) 307-0054
E-mail: Amy.T.Matchison@usdoj.gov
            Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Number: 3:23-mc-80029-JCS |
| Petitioner, | |
| v. | **UNITED STATES' NOTICE OF SERVICE** |
| PAYWARD VENTURES INC., d/b/a KRAKEN OR KRAKEN.COM, OR ITS PREDECESSORS, SUBSIDIARIES, DIVISIONS, OR AFFILIATES, | |
| Respondent. | |

   PLEASE TAKE NOTICE as required by the Court's Order to Show Cause dated February 14, 2023 (Docket No. 7), the United States served a copy of that Order, together with copies of the United States' Petition to Enforce Internal Revenue Service Summons, the Declaration of Karen Cincotta and supporting exhibit, the [Proposed] Notice of Hearing and Order to Show Cause, the Notice of Related Case, the Related Case Order, the Magistrate Judge Consent Brochure for the Northern District of California, and the Magistrate Judge Consent or Declination Form for the Northern District of California upon counsel for respondent Payward Ventures, Inc. who had agreed to accept service, by electronically mailing copies of the described documents on February 16, 2023.

Dated this 16th day of February, 2023.

        DAVID A. HUBBERT
        Deputy Assistant Attorney General

        */s/ Amy Matchison*
        AMY MATCHISON
        Trial Attorney, Tax Division
        U.S. Department of Justice