GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

AMANDA H. RUSSO (SBN 319617)
*ARusso@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Respondent
PAYWARD VENTURES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner<br><br>v.<br><br>PAYWARD VENTURES INC., d/b/a KRAKEN OR KRAKEN.COM, OR ITS PREDECESSORS, SUBSIDIARIES, DIVISIONS, OR AFFILIATES,<br><br>Respondent. | Case No. 3:23-MC-80029-JCS<br><br>**NOTICE OF APPEARANCE OF GRANT P. FONDO**<br><br>Courtroom:   F  (15th Floor)<br>Judge:          Hon. Joseph C. Spero<br><br>Petition Filed:   February 3, 2023 |

1    Pursuant to Civil Local Rules 5-1, Grant P. Fondo of Goodwin Procter LLP, a member of
2  the Bar of this Court, and whose contact information appears below, hereby enters his appearance
3  in the above-captioned matter as counsel of record for Respondent PAYWARD VENTURES, INC.
4  Copies of all pleadings, discovery, correspondence, orders and other materials entered in this matter
5  should be directed to:

>   GRANT P. FONDO (SBN 181530)
>   *GFondo@goodwinlaw.com*
>   GOODWIN PROCTER LLP
>   601 Marshall Street
>   Redwood City, CA 94063
>   Tel.: +1 650 752 3100
>   Fax: +1 650 853 1038

                                        Respectfully submitted,

Dated: March 2, 2023            By: /s/ *Grant P. Fondo*
                                    GRANT P. FONDO (SBN 181530)
                                    *GFondo@goodwinlaw.com*
                                    AMANDA H. RUSSO (SBN 319617)
                                    *ARusso@goodwinlaw.com*
                                    **GOODWIN PROCTER LLP**

                                    Attorneys for Respondent
                                    PAYWARD VENTURES, INC.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **March 2, 2023**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **March 2, 2023**.

                                                  */s/ Grant P. Fondo*
                                                   GRANT P. FONDO

NOTICE OF APPEARANCE OF GRANT P. FONDO            Case No. 3:23-MC-80029-JCS

3