GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

AMANDA H. RUSSO (SBN 319617)
*ARusso@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Respondent
PAYWARD VENTURES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Petitioner

v.

PAYWARD VENTURES INC., d/b/a KRAKEN OR KRAKEN.COM, OR ITS PREDECESSORS, SUBSIDIARIES, DIVISIONS, OR AFFILIATES,

Respondent.

Case No. 3:23-MC-80029-JCS

**NOTICE OF APPEARANCE OF AMANDA H. RUSSO**

Courtroom: F (15th Floor)
Judge: Hon. Joseph C. Spero

Petition Filed: February 3, 2023

Pursuant to Civil Local Rules 5-1, Amanda H. Russo of Goodwin Procter LLP, a member of the Bar of this Court, and whose contact information appears below, hereby enters her appearance in the above-captioned matter as counsel of record for Respondent PAYWARD VENTURES, INC. Copies of all pleadings, discovery, correspondence, orders and other materials entered in this matter should be directed to:

AMANDA H. RUSSO (SBN 319617)
ARusso@goodwinlaw.com
GOODWIN PROCTER LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel: +1 213 426 2500
Fax: +1 213 623 1673

Respectfully submitted,

Dated: March 2, 2023

By: /s/ *Amanda H. Russo*

AMANDA H. RUSSO (SBN 319617)
*ARusso@goodwinlaw.com*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Respondent
PAYWARD VENTURES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **March 2, 2023**. I further certify that all participants in the case are registered CM/ ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **March 2, 2023**.

/s/ *Amanda H. Russo*
AMANDA H. RUSSO