GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
**GOODWIN PROCTER** LLP
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

AMANDA H. RUSSO (SBN 319617)
*ARusso@goodwinlaw.com*
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Respondent
PAYWARD VENTURES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner<br><br>v.<br><br>PAYWARD VENTURES INC., d/b/a KRAKEN OR KRAKEN.COM, OR ITS PREDECESSORS, SUBSIDIARIES, DIVISIONS, OR AFFILIATES,<br><br>Respondent. | Case No. 3:23-MC-80029-JCS<br><br>**RESPONDENT PAYWARD VENTURES, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15**<br><br>Courtroom:    F (15th Floor)<br>Judge:    Hon. Joseph C. Spero<br><br>Petition Filed:    February 3, 2023 |

1    Respondent Payward Ventures, Inc., by and through its undersigned counsel, hereby makes

2 the following disclosures:

3    Pursuant to Federal Rule of Civil Procedure 7.1, Respondent Payward Ventures, Inc.

4 discloses that its parent company is Payward, Inc., and that no publicly held corporation owns

5 more than 10% of Payward Ventures, Inc. stock.

6    Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed

7 persons, associations of persons, firms, partnerships, corporations (including, but not limited to,

8 parent corporations), or other entities (i) have a financial interest in the subject matter in

9 controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject

10 matter or in a party that could be substantially affected by the outcome of this proceeding:

11 Payward, Inc.

12
                                            Respectfully submitted,
13

14 Dated: March 2, 2023              By: /s/ Grant P. Fondo
                                         GRANT P. FONDO (SBN 181530)
15                                       GFondo@goodwinlaw.com
                                         AMANDA H. RUSSO (SBN 319617)
16                                       ARusso@goodwinlaw.com
                                         GOODWIN PROCTER LLP
17
                                         Attorneys for Respondent
18                                       PAYWARD VENTURES, INC.

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **March 2, 2023**. I further certify that all participants in the case are registered CM/ ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **March 2, 2023**.

/s/ *Grant P. Fondo*
GRANT P. FONDO