DocuSign Envelope ID: B64750D0-2254-4A56-AE09-AEA8CC7A51AE

GRANT P. FONDO (SBN 181530)
GFondo@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

AMANDA H. RUSSO (SBN 319617)
ARusso@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Respondent
PAYWARD VENTURES, INC., d/b/a
KRAKEN OR KRAKEN.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAYWARD VENTURES, INC., d/b/a KRAKEN OR KRAKEN.COM, OR ITS PREDECESSORS, SUBSIDIARIES, DIVISIONS, OR AFFILIATES,<br><br>Respondent. | Case No. 3:23-MC-80029-JCS<br><br>**DECLARATION OF TODD SIEMERS IN SUPPORT OF PAYWARD VENTURES, INC.'S OPPOSITION TO PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**<br><br>Date: May 19, 2023<br>Time: 9:30 a.m.<br>Courtroom: F (15th Floor)<br>Judge: Hon. Joseph C. Spero |

1 **DECLARATION OF TODD SIEMERS**

2   I, Todd Siemers, do hereby declare and state as follows:

3   1.   I am employed at Payward, Inc., which does business as Kraken ("Kraken") and is
4 the parent company of Payward Ventures, Inc. I have personal knowledge of the facts set forth in
5 this declaration and, if called as a witness, could and would competently testify to them.

6   2.   I have been a Kraken employee for over four-and-a-half years. My current title is
7 Staff Data Engineer, and I have worked in the Data Engineering Department during my entire
8 tenure at Kraken.

9   3.   In my role at Kraken, I have developed extensive knowledge regarding the
10 information Kraken has in its records, including with respect to user personal information and
11 transactional activity, how that information is stored and maintained at Kraken, as well as how
12 that information can be searched, queried, and retrieved.

13   4.   Kraken was founded in 2011 and is a United States-based online digital asset
14 exchange platform available to the public. Kraken offers its services to both U.S. and
15 international users in more than 190 countries.



DECLARATION OF TODD SIEMERS IN SUPPORT OF
OPPOSITION TO PETITION TO ENFORCE                    Case No. 3:23-MC-80029-JCS

1  █████████████████████████████████████████████████████████████
2  ██████████████████████████████████████████████████████████
3     █ ███████████████████████████████████████████████████████
4  ████████████████████████████████████████
5     █ █████████████████████████████████████████████████████
6  █████████████████████████████████████████████████████████
7  ███████████████████████████████████████████████████████████
8  █████████████████████████████████████████████████████████████
9  █████████████████████████████████████████████████████████████
10 ████████████████████████████████████████████████████████████
11 █████████████████████████████████████████████████████████████
12 █████████████████████████████████████████████████████████████
13 █████████████████████████████████████████████████████████████
14 ███████████████████████████████████████████████████████████
15 ███████████████████████████████████
16    █ ███████████████████████████████████████████████████████
17 █ █████████████████████████████████████████████████████████
18 ███████████████████████████████████████████████████████████
19 █████████████████████████████████████████████████████████████
20 █████████████████████████████████████████████████████████████
21 ███████████████████████████████████████████████████████████
22 █████████████████████████████████████████████
_____
[1] ████████████████████████████████████████████████████████████
   ███████████████████████████████
[2] █████████████████████████████████████████████████████████
   █████████████████████████████████████████████████████████████
   ███████████████████████████████████████████████████████████
   █████████████████████████

DECLARATION OF TODD SIEMERS IN SUPPORT OF
OPPOSITION TO PETITION TO ENFORCE                    Case No. 3:23-MC-80029-JCS

3

10. ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████
█ ██████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████[^3]
█ ██████████████████████████████████████
█████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████
█ ██████████████████████████████████████
██████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████

[^3]: Similar to above, these are good faith estimates of the number of accounts that would be covered by this modified definition of "User." However, Kraken may need to modify its methodology or estimates as it continues to assess any data collected.

DECLARATION OF TODD SIEMERS IN SUPPORT OF
OPPOSITION TO PETITION TO ENFORCE                   Case No. 3:23-MC-80029-JCS

4

1 ████████████████████████████████████████
2 █████████████████████████████████████████████
3 █████████████████████████████████████████████
4 ██████████████████████
5 █ ████████████████████████████████████████
6 ████████████████████████████████████████
7 ████████████████████████████████████████
8 ████████████████████████████████████████
9 █████████████████████████████████████████████
10 ██████████████████████
11 █ ████████████████████████████████████████
12 █████████████████████████████████████████████
13 ████████████████████████████████████
14 █ █████████████████████████████████████████████
15 █████████████████████████████████████████████
16 █████████████████████████████████████████████
17 █████████████████████████████████████████████
18 █████████
19 █ ████████████████████████████████████████
20 █████████████████████████████████████████████
21 █████████████████████████████████████████████
22 ████████████████████████████████████████████
23 █████████████████████████████████████████████
24 ████████████████████████████████████████
25 █████████████████████████████████████████████
26 ████████████████
27 █ ████████████████████████████████████████
28 █████████████████████████████████████████████

Declaration of Todd Siemers in Support of
Opposition to Petition to Enforce                                    Case No. 3:23-MC-80029-JCS

5

1 ████████████████████████████████████████
2 ████████████████████████████████████████
3 ████████████████████████████████████
4     █ ██████████████████████████████████
5 ████████████████████████████████████████
6 ████████████████████████████████████████
7 ██████████████████████████████████████
8 ████████████████████████████████████████
9 ██████████████████████████████████████
10 ████████████████████████████████████████
11 ████████████████████████████████████████
12 ████████████████████████████████████████
13 ████████████████████████████████████████
14 ████████████████████████████
15     █ ████████████████████████████████
16 ████████████████████████████████████████
17 ██████████████████████████████████████
18 ████████████████████████████████████
19 ██████████████████████████████████████
20 ████████████████████████████████████████
21 ██████████████████████████████████████
22 ██████████
23     █ ██████████████████████████████████
24 ████████████████████████████████████████
25 ████████████████████████████████████████
26 ██████████████████████████████████████
27 ████████████████████████████████████████
28

DECLARATION OF TODD SIEMERS IN SUPPORT OF
OPPOSITION TO PETITION TO ENFORCE                    Case No. 3:23-MC-80029-JCS

6

1  ████████████████████████████████████████████████████████
2  ████████████████████████████████
3     █ ████████████████████████████████████████████████
4  ████████████████████████████████████████████████████████
5  ████████████████████████████████████████████████████████
6  ████████████████████████████████████████████████████████
7  ██████████████████████
8     █ ████████████████████████████████████████████████
9  ████████████████████████████████████████████████████████
10 ████████████████████████████████████████████████████████
11 ████████████████████████████████████████████████████████
12 ████████████████████████████████████████████████████████
13 ████████████████████████████████████████████████████████
14 ████████████████████████████████████████████████████████
15 ████████████████████████████████████████████████████████
16 ████████████████████████████████████████████████████████
17 ████████████████████████████████████████████████████████
18 ████████████████████████████████████████████████████████
19 ████████████████████████████████████████████████████████
20 ████████████████████████████████████████████████████████
21 ██████████████████████
22    █ ████████████████████████████████████████████████
23 ████████████████████████████████████████████████████████
24 ████████████████████████████████████████████████████████
25 ████████████████████████████████████████████████████████
26 ████████████████████████████████████████████████████████
27 ████████████████████████████████████████████████████████
28 ██████████

[Page content redacted]

DECLARATION OF TODD SIEMERS IN SUPPORT OF
OPPOSITION TO PETITION TO ENFORCE                      Case No. 3:23-MC-80029-JCS

8

[Page contents redacted]

DECLARATION OF TODD SIEMERS IN SUPPORT OF
OPPOSITION TO PETITION TO ENFORCECase No. 3:23-MC-80029-JCS

9

1. ████████████████████████████████████████████████
2. ████████████████████████████████████████████████
3. ████████████████████████████████
4.    █ ██████████████████████████████████████████
5. ████████████████████████████████████████████████
6. █████████████████████████████████████████████
7. █████████████████████████████████████████████
8. ████████████████████████████████████████████████
9. ██████████████████████████████████████████████
10. ██████████████████████████████████████████████
11. ████████████████████████████████████████████████
12. ████████████████████████████████████████████████
13. ███
14.    █ ██████████████████████████████████████████
15. ████████████████████████████████████████████████
16. ███████████████████████████████████████████
17. ████████████████████████████████████████████████
18. ████████████████████████████████████████████████
19. ██████████████████████████████████████████
20. ███████████████████████████████████████████████
21. █████████████████████████████████████████████
22. ████████████████████████████████████████████████
23. █████████████████████████████████████████████
24. ████████████████████████████
25.    █ ██████████████████████████████████████████
26. ██████████████████████████████████████████████
27. █████████████████████████████████████████████
28. ████████████████████████████████████████████████

1 ████████████████████████████████████████
2 ████████████████████████████████████
3 ██████████████████████████████████████████
4 ████████████████████████████████████████
5 ████████████████████████████████████████
6 ████████████████████████

7 ///
8 ///
9 ///
10 ///

12 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of April, 2023 in the State of Virginia.

DocuSigned by:
*Todd Siemers*
D10493B193A94C6... Todd Siemers

DECLARATION OF TODD SIEMERS IN SUPPORT OF
OPPOSITION TO PETITION TO ENFORCE            Case No. 3:23-MC-80029-JCS
11