GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

AMANDA H. RUSSO (SBN 319617)
*ARusso@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Respondent
PAYWARD VENTURES, INC., d/b/a
KRAKEN OR KRAKEN.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>PAYWARD VENTURES INC., d/b/a KRAKEN OR KRAKEN.COM, OR ITS PREDECESSORS, SUBSIDIARIES, DIVISIONS, OR AFFILIATES,<br><br>  Respondent. | Case No. 3:23-MC-80029-JCS<br><br>**[PROPOSED] ORDER GRANTING PAYWARD VENTURES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS AND SUPPORTING DECLARATION** |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO FILE UNDER SEAL                                                                              Case No. 3:23-MC-80029-JCS

Upon consideration of Respondent's Administrative Motion to File Under Seal Portions of its Opposition to Petition to Enforce Internal Revenue Service Summons and Supporting Declaration, and materials filed therewith, the Court finds there to be good cause for granting the request to file the following portions of such documents under seal in the format in which it has been provided to the Court:

| Document | Portions of Document to Be Sealed |
|---|---|
| Opposition to Petition to Enforce Internal Revenue Summons (ECF No. 16) | Portions highlighted in yellow. |
| Declaration of Todd Siemers in Support of Opposition to Petition to Enforce Internal Revenue Summons (ECF No. 16-4) | Portions highlighted in yellow. |

**IT IS HEREBY ORDERED** that the above documents be filed under seal by the Clerk.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE