1  GRANT P. FONDO (SBN 181530)
   *GFondo@goodwinlaw.com*
2  **GOODWIN PROCTER LLP**
   601 Marshall Street
3  Redwood City, CA  94063
   Tel.: +1 650 752 3100
4  Fax: +1 650 853 1038

5  AMANDA H. RUSSO (SBN 319617)
   *ARusso@goodwinlaw.com*
6  **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
7  Los Angeles, CA  90017
   Tel.: +1 213 426 2500
8  Fax: +1 213 623 1673

9  Attorneys for Respondent
   PAYWARD VENTURES, INC., d/b/a
10  KRAKEN OR KRAKEN.COM

11

12                  UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,            Case No. 3:23-MC-80029-JCS

17              Plaintiff,               **RESPONDENT PAYWARD
                                         VENTURES, INC.'S AMENDMENT TO
18        v.                             ADMINISTRATIVE MOTION TO FILE
                                         UNDER SEAL PORTIONS OF ITS
19  PAYWARD VENTURES INC., d/b/a         OPPOSITION TO PETITION TO
   KRAKEN OR KRAKEN.COM, OR ITS          ENFORCE INTERNAL REVENUE
20  PREDECESSORS, SUBSIDIARIES,          SERVICE SUMMONS AND
   DIVISIONS, OR AFFILIATES,             SUPPORTING DECLARATION**
21
              Respondent.               Date:      May 19, 2023
22                                       Time:      9:30 a.m.
                                         Courtroom: F (15th Floor)
23                                       Judge:     Hon. Joseph C. Spero

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

On April 24, 2023, pursuant to Civil Local Rules 7-11 and 79-5, Payward Ventures, Inc. ("Kraken") filed its initial Administrative Motion to File Under Seal Portions of Its Opposition to Petition to Enforce Internal Revenue Service Summons and Supporting Declaration (ECF No. 17). Kraken hereby submits this Amendment to its Administrative Motion to File Under Seal ("Amended Motion") to identify for the Court the revised and more limited portions of its Opposition to Petition to Enforce Internal Revenue Summons ("Opposition") (ECF No. 16) and the Declaration of Todd Siemers in Support of that Opposition ("Siemers Declaration") (ECF No. 16-4)[1] that it seeks to seal.  The more limited redactions seek to maintain as confidential commercial information regarding Kraken's business operations.

Following the filing of the initial Motion, counsel for the Parties continued to meet and confer regarding Kraken's requested redactions of certain portions of its Opposition and the Siemers Declaration.  *See* Declaration of Grant P. Fondo in Support of Amendment to Administrative Motion to File Under Seal Portions of Kraken's Opposition to Petition to Enforce Internal Revenue Service Summons and Supporting Declaration ("Fondo Decl.") ¶ 8.  Following meet and confer calls with the Government, Kraken worked in good faith to re-analyze the portions of the documents which it now seeks to seal. *Id.* ¶ 9.  While Kraken agreed to further reduce the portions it seeks to have sealed, the Parties were still unable to reach agreement. *Id.*  As a result, the Government filed its Opposition to the initial Motion on April 27, 2023 (ECF No. 18).  While Kraken anticipates the Government will nonetheless oppose these more limited redactions, Kraken submits this Amendment to its initial Motion in hopes of narrowing the remaining sealing issues for the Court's consideration.

As a result of the Parties' continuing efforts to meet and confer, Kraken requests that the Court seal the highlighted portions of the Siemers Declaration and portions of the Opposition that reference the information contained within the Seimers Declaration, attached as Exhibits A and B hereto (together, the "Redacted Materials").  The identified portions of the Redacted Materials, as

---

[1] The unredacted versions of these documents are being filed as exhibits concurrently herewith with highlighting to demonstrate the portions sought to be sealed.

reflected in the Siemers Declaration itself, describe Kraken's confidential and proprietary business information regarding the innerworkings of Kraken's IT department and processes. *See* Fondo Decl. ¶¶ 2-4. Specifically, this includes Kraken's internal technological capabilities surrounding the organization, query and analysis of information on its systems. *Id.* ¶ 3. For the reasons set forth in the initial Motion, information detailing the innerworkings of Kraken's IT systems and their precise functionality and capabilities in the Redacted Materials should be sealed. *See also, e.g.*, *Lathrop v. Uber Techs., Inc.*, No. 14-CV-05678-JST, 2016 WL 9185002, at *3 (N.D. Cal. June 17, 2016) (granting request to seal, *inter alia*, proprietary and confidential information regarding Uber's internal "systems, logging techniques, and databases" and material that "reveals information Uber uses to identify and analyze individual accounts and data, as well as power its system"); *Haskins v. First Am. Title Ins. Co.*, No. CV 10-5044 (RMB/JS), 2013 WL 12155639, at *1 (D.N.J. Mar. 28, 2013) (granting motion to seal, *inter alia*, confidential information regarding "the functionality of First American's IT systems, their capabilities, and the data fields").

Kraken is no longer seeking to redact those portions of the Opposition and Siemers Declaration that pertain to information relating to Kraken's userbase based on various threshold values of transaction history and transaction type, or the previously redacted information generally relating to Kraken's data and information storage systems, including the types of user data stored.

For the foregoing reasons, Kraken respectfully requests the Court grant Kraken's Administrative Motion pursuant to the more narrowed requests contained in this Amendment and issue an order to seal the Redacted Materials and place in the public record the redacted version of the Redacted Materials, as attached as Exhibits A and B hereto.

//

//

//

//

//

//

//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated: May 2, 2023

By: */s/  Grant P. Fondo*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
AMANDA H. RUSSO (SBN 319617)
*ARusso@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Respondent
PAYWARD VENTURES, INC., d/b/a
KRAKEN OR KRAKEN.COM