1  GRANT P. FONDO (SBN 181530)
   *GFondo@goodwinlaw.com*
2  **GOODWIN PROCTER LLP**
   601 Marshall Street
3  Redwood City, CA  94063
   Tel.: +1 650 752 3100
4  Fax: +1 650 853 1038

5  AMANDA H. RUSSO (SBN 319617)
   *ARusso@goodwinlaw.com*
6  **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor Los
7  Angeles, CA  90017
   Tel.: +1 213 426 2500
8  Fax: +1 213 623 1673

9  Attorneys for Respondent
   PAYWARD VENTURES, INC., d/b/
10 a KRAKEN OR KRAKEN.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAYWARD VENTURES INC., d/b/a KRAKEN OR KRAKEN.COM, OR ITS PREDECESSORS, SUBSIDIARIES, DIVISIONS, OR AFFILIATES,<br><br>Respondent. | Case No. 3:23-MC-80029-JCS<br><br>**[PROPOSED] ORDER GRANTING PAYWARD VENTURES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS AND SUPPORTING DECLARATION** |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO FILE UNDER SEAL                                        Case No. 3:23-MC-80029-JCS

Upon consideration of Respondent's Administrative Motion to File Under Seal Portions of its Opposition to Petition to Enforce Internal Revenue Service Summons and Supporting Declaration (ECF No. 17), Amendment thereto (ECF No. 19), and materials filed therewith, the Court finds there to be good cause for granting the request to file the following portions of such documents under seal in the format in which it has been provided to the Court:

| Document | Portions of Document to Be Sealed |
|---|---|
| Opposition to Petition to Enforce Internal Revenue Summons (ECF No. 16) | Portions highlighted in yellow in Exhibit A to Respondent's Amendment to the Administrative Motion to File Under Seal |
| Declaration of Todd Siemers in Support of Opposition to Petition to Enforce Internal Revenue Summons (ECF No. 16-4) | Portions highlighted in yellow in Exhibit B to Respondent's Amendment to the Administrative Motion to File Under Seal |

**IT IS HEREBY ORDERED** that the above documents be filed under seal by the Clerk. **IT IS SO ORDERED.**

Dated: _____, 2023

HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO FILE UNDER SEAL                                     Case No. 3:23-MC-80029-JCS

1