DAVID A. HUBBERT
Deputy Assistant Attorney General

AMY MATCHISON (CA Bar No. 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:     (202) 307-6422
Fax:           (202) 307-0054
Email: Amy.T.Matchison@usdoj.gov
       Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) Civil Number: 3:23-mc-80029-JCS |
| v. | ) **UNITED STATES' NOTICE OF** |
| PAYWARD VENTURES INC., d/b/a KRAKEN OR KRAKEN.COM, OR ITS PREDECESSORS, SUBSIDIARIES, DIVISIONS, OR AFFILIATES, | ) **REDACTIONS OVER OBJECTION** |
| Respondent. | ) |

    PLEASE TAKE NOTICE that concurrent with this filing, the United States is filing its Response to Payward Ventures Inc.'s Opposition to Petition to Enforce Internal Revenue Service Summons and the supporting Second Declaration of Karen Cincotta with redactions consistent with the filed and redacted versions of Payward Ventures Inc.'s Opposition to Petition to Enforce Internal Revenue Service Summons (ECF No. 16) and the Declaration of Todd Siemers (ECF No. 16-4). Payward filed an Administrative Motion to Seal (ECF No. 17) and an Amended Administrative Motion to Seal (ECF No. 19) and the United States has filed oppositions to both. (ECF Nos. 18 and 20). The Court has yet to rule on either administrative motion.

1. The United States submits these redacted documents over its objections stated in its filed
2. oppositions only to preserve the record for the Court's decision. The filing of these redacted versions is
3. not a concession that these documents are properly sealed or that Payward's redactions are appropriate.
4.     Dated this 5th day of May, 2023.

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice