UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAYWARD VENTURES, INC.,<br><br>Defendant. | Case No. 23-mc-80029-JCS<br><br>**SECOND ORDER FOR UNITED STATES TO COMPLY WITH CIVIL LOCAL RULE 79-5** |

In response to the Court's Order For United States To Comply With Civil Local Rule 79-5 Governing The Filing Of Sealed Documents (dkt. no. 23), the United States filed an administrative motion to seal but did not comply with the section of the rule requiring that the "motion must identify each document or portions thereof for which sealing is sought." Civ. L. R. 79-5(f)(1). The specific manner of identifying material sought to be sealed in briefs is addressed in Rule 79-5(e). That section requires that "t]he unredacted version must include the phrase "FILED UNDER SEAL" prominently marked on the first page and *must highlight the portions for which sealing is sought.*" The purpose of this requirement is to facilitate the Court's review of the material sought to be sealed so that it is not required to conduct a line-by-line comparison of the redacted and unredacted versions of the document simply to determine what material is at issue. An example of how this should be done can be seen in docket nos. 19-3 and 19-4. The United States has emailed these documents (twice) to the Court's mailbox for Chambers copies and proposed orders but the attached documents do not contain highlighting that identifies the redacted material. Nor do these emails satisfy the requirements of the Court's rules. Therefore, the Court Orders that the United

States file an administrative motion that is in compliance with the local rule.

**IT IS SO ORDERED.**

Dated: May 9, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge