DAVID A. HUBBERT
Deputy Assistant Attorney General

AMY MATCHISON (CA Bar No. 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:     (202) 307-6422
Fax:              (202) 307-0054
E-mail: Amy.T.Matchison@usdoj.gov
           Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil Number:  3:23-mc-80029-JCS |
| Petitioner, | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| v. | ) **UNITED STATES' SECOND** |
| | ) **ADMINISTRATIVE MOTION** |
| PAYWARD VENTURES INC., d/b/a | ) **REQUESTING THE COURT CONSIDER** |
| KRAKEN OR KRAKEN.COM, OR ITS | ) **WHETHER MATERIAL IN ITS** |
| PREDECESSORS, SUBSIDIARIES, | ) **RESPONSE TO PAYWARD VENTURES** |
| DIVISIONS, OR AFFILIATES, | ) **INC.'S OPPOSITION TO PETITION TO** |
| | ) **ENFORCE INTERNAL REVENUE** |
| Respondent. | ) **SERVICE SUMMONS AND** |
| | ) **SUPPORTING DECLARATION** |
| | **SHOULD BE FILED UNDER SEAL** |

THE COURT, having considered the United States' Second Administrative Motion Requesting the Court Consider Whether Material in its Response to Payward Ventures Inc.'s Opposition to Petition to Enforce Internal Revenue Service Summons and Supporting Declaration Should be Filed Under Seal, and for good cause shown, IT IS HEREBY ORDERED:

The Second Administrative Motion is GRANTED and the Court will consider whether the redacted material should be sealed.

Dated:

_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge