GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA  94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

AMANDA H. RUSSO (SBN 319617)
*ARusso@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Respondent
PAYWARD VENTURES, INC., d/b/a
KRAKEN OR KRAKEN.COM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAYWARD VENTURES INC., d/b/a KRAKEN OR KRAKEN.COM, OR ITS PREDECESSORS, SUBSIDIARIES, DIVISIONS, OR AFFILIATES,<br><br>Respondent. | Case No. 3:23-MC-80029-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SHOW CAUSE HEARING**<br><br>Date:     May 26, 2023<br>Time:    9:30 a.m.<br>Courtroom: Zoom video<br>Judge:   Hon. Joseph C. Spero |

STIPULATION AND [PROPOSED] ORDER CONTINUING
SHOW CAUSE HEARING                                                              Case No. 3:23-MC-80029-JCS

Respondent Payward Ventures, Inc. ("Kraken") and the United States, by and through their respective undersigned counsel, stipulate as follows and respectfully request an order from this Court for a continuance of the May 26, 2023, show cause on the United States' Petition to Enforce Internal Revenue Service Summons.

Pursuant to the Clerk's Notice Continuing Order to Show Cause and Setting Zoom Hearing (ECF No. 27), the May 19, 2023 Court hearing date on this matter was re-scheduled to May 26, 2023 at 9:30 a.m. Due to scheduling conflicts for counsel for Kraken, Kraken conferred with the Government, and the parties stipulated to a request for a brief continuance of the show cause hearing. The parties have determined that June 9, 2023 would be the first available suitable date after May 26, 2023 for the show case hearing.

Respectfully submitted,

Dated: May 19, 2023            **GOODWIN PROCTER LLP**

By: */s/ Grant P. Fondo*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
AMANDA H. RUSSO (SBN 319617)
*ARusso@goodwinlaw.com*

Attorneys for Respondent
PAYWARD VENTURES, INC., d/b/a
KRAKEN OR KRAKEN.COM

Dated: May 19, 2023            **DAVID A. HUBBERT**
Deputy Assistant Attorney General

By: */s/ Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice

Attorneys for the UNITED STATES

1 **ORDER**

2       The above STIPULATION CONTINUING SHOW CAUSE HEARING dated May 19,

3 2023, is approved and the parties shall comply with its provisions.  The hearing date is continued

4 to June 9, 2023, at 9:30 a.m. PDT by Zoom video. Zoom Webinar ID: 161 926 0804. Passcode:

5 050855.

6       IT IS SO ORDERED.

7

8 Dated: May 19, 2023.

9

10                                         HONORABLE JOSEPH C. SPERO
                                            United States Magistrate Judge