**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**ZOOM CIVIL MINUTE ORDER**

| **Case No.:** 23-mc-80029-JCS | **Case Name:** United States of America v. Payward Ventures, Inc. | |
|---|---|---|
| **Magistrate Judge: JOSEPH C. SPERO** | **Date**: June 9, 2023 | **Time:** 1 H 40 M |

**Attorney for Plaintiff:** Amy Matchison
**Attorney for Defendant:** Grant Fondo, Amanda Russo

| **Deputy Clerk:** Karen Hom | **Digital Recorder:** Zoom Webinar Time: 9:43-11:23 |
|---|---|

**ZOOM WEBINAR PROCEEDINGS**

1. Petition to Enforce IRS Summons & Order to Show Cause - Submitted

**ORDERED AFTER HEARING**

Oral arguments heard.
Supplemental briefing as to the Administrative Motions to Seal, dkt nos. 19 and 26, due June 16, 2023.

**Order to be prepared by:**
  [ ] Plaintiff        [ ] Defendant         [X] Court