DAVID A. HUBBERT
Deputy Assistant Attorney General

AMY MATCHISON (CA Bar No. 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:     (202) 307-6422
Fax:                (202) 307-0054
E-mail: Amy.T.Matchison@usdoj.gov
            Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>PAYWARD VENTURES INC., d/b/a KRAKEN OR KRAKEN.COM, OR ITS PREDECESSORS, SUBSIDIARIES, DIVISIONS, OR AFFILIATES,<br><br>　　　　Respondent. | Civil Number:  3:23-mc-80029-JCS<br><br>**UNITED STATES' NOTICE OF APPEAL** |

Notice is hereby given that the United States of America, petitioner herein, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting in Part and Denying in Part Petition to Enforce IRS Summons entered on June 30, 2023 (Docket No. 34).

　　　　Dated this 28th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　DAVID A. HUBBERT
　　　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　*/s/ Amy Matchison*
　　　　　　　　　　　　　　　　　　　　AMY MATCHISON
　　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice