DAVID A. HUBBERT
Deputy Assistant Attorney General

AMY MATCHISON (CA Bar No. 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:     (202) 307-6422
Fax:               (202) 307-0054
E-mail: Amy.T.Matchison@usdoj.gov
          Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Petitioner, <br><br> v. <br><br> PAYWARD VENTURES INC., d/b/a KRAKEN OR KRAKEN.COM, OR ITS PREDECESSORS, SUBSIDIARIES, DIVISIONS, OR AFFILIATES, <br><br> Respondent. | Civil Number:  3:23-mc-80029-JCS <br><br> **UNITED STATES' REPRESENTATION STATEMENT** |

Pursuant to Federal Rule of Appellate Procedure 12 and Ninth Circuit Rule 3-2, petitioner-appellant, through undersigned counsel, provides the following Representation Statement.

Representing petitioner-appellant:

John Schumann
United States Department of Justice
P.O. Box 502, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-3256

Representing respondent-appellee:

Grant P. Fondo
Goodwin Proctor LLP
601 Marshall Street
Redwood City, CA 94063

United States' Representation Statement          1

Telephone: (650) 752-3100

Amanda Russo
Goodwin Proctor LLP
601 South Figueroa Street, 41st Floor
Los Angeles, CA 90017
Telephone: (213) 426-2500

Dated this 28th day of August, 2023.

        DAVID A. HUBBERT
        Deputy Assistant Attorney General

        */s/ Amy Matchison*
        AMY MATCHISON
        Trial Attorney, Tax Division
        U.S. Department of Justice