```
                                                                    FILED
              UNITED STATES COURT OF APPEALS
                                                                   SEP 7 2023
                   FOR THE NINTH CIRCUIT
                                                                MOLLY C. DWYER, CLERK
                                                                 U.S. COURT OF APPEALS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-16138 |
| Petitioner-Appellant, | D.C. No. 3:23-mc-80029-JCS<br>Northern District of California,<br>San Francisco |
| v. | |
| PAYWARD VENTURES, INC., DBA Kraken, DBA Kraken.com, or its predecessors, subsidiaries, divisions, or affiliates, | ORDER |
| Respondent-Appellee. | |

The appellant's unopposed motion (Docket Entry No. 2) for voluntary dismissal is granted. This appeal is dismissed with prejudice. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this case.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT

OSA168